**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANGELIQUE TRIPP,

    Plaintiff,

v.                                              Case No. 3:16-cv-562-J-32MCR

HSBC MORTGAGE SERVICES, INC.,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 27), filed on May 18, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of May, 2017.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record